# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00596-CV

**Larry Johnson, Appellant**

**v.**

**The Court of Criminal Appeals, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT NO. GN300775, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Because appellant Larry Johnson has failed to file an appellant's brief, we will dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b).

The Clerk of this Court filed the clerk's record in this cause on October 2, 2003. Thus, appellant's brief was due November 3, 2003. *See id.* 38.6(a)(1). By postcard dated December 4, 2003, the Clerk of this Court notified the parties that the appeal was subject to dismissal for want of prosecution unless appellant tendered a motion by December 9, 2003, reasonably explaining the failure to file a brief. *See id.* 38.8(a)(1). Appellant has submitted neither a brief nor a motion reasonably explaining the failure to file a brief.

Accordingly, we dismiss the appeal for want of prosecution on our own motion. *See id.* 42.3(b).

_____

Bob Pemberton, Justice

Before Justices Kidd, Puryear and Pemberton

Dismissed for Want of Prosecution

Filed:   January 29, 2004

2